IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Valerie N. Jones, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bankruptcy No. 18-13620-elf |
| | : | |
| | : | |

**PRAECIPE TO CHANGE ADDRESS**

To the Clerk:

Please be advised that the correct street and mailing address for the above Debtor is:

26 Liberty Drive, Langhorne, PA   19047

Please change your records accordingly.

/s/   Patricia M. Mayer
Patricia M. Mayer, Esquire
WATERMAN & MAYER, LLP
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
(215)493-4300
Attorney for Debtor

Dated:   June 20, 2018