# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Valerie N. Jones<br>     Debtor | CHAPTER 13<br><br>BKY. NO. 18-13620 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of BANK OF AMERICA and index same on the master mailing list.

           Respectfully submitted,

           **/s/ Kevin G. McDonald, Esquire**
           Kevin G. McDonald, Esquire
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322 FAX (215) 627-7734