UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :
      Valerie N. Jones,                   :        Chapter 13
          Debtor.                        :
                               :        Bankruptcy No. 18-13620-elf

**NOTICE OF:**
**APPLICATION FOR APPROVAL OF COUNSEL FEE**
**AND ITEMIZED STATEMENT OF SERVICES RENDERED**

Notice is Given:

1.     That an application for approval of counsel fee and itemized statement of services rendered on behalf of the above-captioned debtor has been filed by Patricia M. Mayer, Esquire of WATERMAN & MAYER, LLP, 301 Oxford Valley Road, Suite 203B, Yardley, PA 19067.

2.     That counsel is requesting compensation in the amount of $4,000.00, of which $2,000.00 has been paid, and reimbursement of expenses of $129.57.

3.     That the aforesaid motion is on file with the Clerk, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299 and is available there for inspection.

4.     That any answer, objection, request for hearing or other responsive pleading to the motion must be filed with the Court and served on counsel at the addresses shown above within twenty-one (21) days of the date of this notice.

5.     That in the absence of any answer or objection the Court may grant the relief requested.

DATED: August 1, 2018           /s/ Patricia M. Mayer_____
                                 Patricia M. Mayer, Esquire
                                 WATERMAN & MAYER, LLP
                                 301 Oxford Valley Rd., Ste. 203B
                                 Yardley, PA    19067
                                 (215) 493-4300
                                 Counsel for Debtor