UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
    Valerie N. Jones,                      :       Chapter 13
        Debtor.                          :
                                                :       Bankruptcy No. 18-13620-elf

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Application for Compensation and Reimbursement of Expenses together with said Application dated August 1, 2018 was served via electronic means or first class United States mail, postage prepaid, on August 1, 2018 the following:

Valerie N. Jones  
26 Liberty Drive  
Langhorne, PA 19047  

Office of the United States Trustee  
833 Chestnut Street, Suite 501  
Philadelphia, PA 19107  

William C. Miller, Esquire  
Chapter 13 Trustee  
PO Box 40119  
Philadelphia, PA 19106  

I hereby certify that a true and correct copy of the Notice of Application for Compensation and Reimbursement of Expenses dated August 1, 2018 was served via electronic means or via first class United States mail, postage prepaid, on August 1, 2018 to the creditors listed on the matrix.

        /s/ Patricia M. Mayer  
        Patricia M. Mayer, Esquire  
        WATERMAN & MAYER, LLP  
        301 Oxford Valley Road, Suite 203B  
        Yardley, PA 19067  
        215-493-4300  
        Counsel for Debtor