UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    Valerie N. Jones,                     :        Chapter 13
        Debtor.                          :
                                          :        Bankruptcy No. 18-13620-elf

## **CERTIFICATION OF NO OBJECTION**

I, Patricia M. Mayer, counsel for debtor, hereby certify that no answer, objection, request for hearing or other response was received to the Application for Compensation and Reimbursement of Expenses filed by Attorney for Debtor within the time period allowed by law.

                                                    /s/ Patricia M. Mayer
                                                    Patricia M. Mayer, Esquire
                                                    301 Oxford Valley Road, Suite 203B
                                                    Yardley, PA 19067
                                                    (215) 493-4300
                                                    Counsel for Debtor

Dated:  08/29/2018