UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :
    Valerie N. Jones,                       :       Chapter 13
        Debtor.                              :
                                                  :       Bankruptcy No. 18-13620-elf

## ORDER

**AND NOW**, this    20th    day of    September    , 2018, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Patricia M. Mayer, attorney for Debtor, and after notice and hearing, it is hereby,

**ORDERED** that compensation in the amount of **$4,000.00,** of which **$2,000.00** has been paid, and reimbursement of **$129.57** in actual, necessary expenses are **ALLOWED** and the Chapter 13 Standing Trustee is hereby authorized and ordered to pay **$2,129.57** to Patricia M. Mayer, Esquire   to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**