IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Valerie Jones, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bankruptcy No. 18-13620-elf |
| | : | |
| | : | |

## PRAECIPE TO CHANGE ADDRESS

To the Clerk:

Please be advised that the correct street and mailing address for the above Debtor is:

1342 Tuscola Street, Clearwater, FL   33756

Please change your records accordingly.

/s/   Patricia M. Mayer
Patricia M. Mayer, Esquire
WATERMAN & MAYER, LLP
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
(215)493-4300
Attorney for Debtor

Dated:   October 17, 2018