IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :
  Valerie Jones,                  :       Chapter 13
                                    :
      Debtor.                    :       Bankruptcy No. 18-13620-elf
                                    :
                                    :

## PRAECIPE TO CHANGE ADDRESS

To the Clerk:

    Please be advised that the correct street and mailing address for the above Debtor is:

    26 Liberty Drive, Langhorne, PA   19047

    Please change your records accordingly.


                                            /s/   Patricia M. Mayer
                                            Patricia M. Mayer, Esquire
                                            PATRICIA M. MAYER, P.C.
                                            301 Oxford Valley Road, Suite 203B
                                            Yardley, PA 19067
                                            (215)493-4300
                                            Attorney for Debtor

Dated:   March 27, 2019