IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :
   Valerie N. Jones,              :       Chapter 13
                                          :
   Debtor.                         :       Bankruptcy No. 18-13620-elf
                                          :
                                          :

## PRAECIPE TO CHANGE ADDRESS

To the Clerk:

   Please be advised that the correct street and mailing address for the above Debtor is:

      3157 Grey Fox Run
      Palm Harbor, FL   34683

   Please change your records accordingly.

                                                /s/   Patricia M. Mayer
                                                Patricia M. Mayer, Esquire
                                                PATRICIA M. MAYER, P.C.
                                                301 Oxford Valley Road, Suite 203B
                                                Yardley, PA 19067
                                                (215)493-4300
                                                Attorney for Debtor

Dated:   November 22, 2019