## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

        **VALERIE N. JONES**
             Debtor

: **Chapter 13**
:
:
: **Bankruptcy No. 18-13620 ELF**

## NOTICE OF WITHDRAWAL/ENTRY OF APPEARANCE

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

    Kindly withdraw my appearance for the above Debtor.

**HOWARD GERSHMAN**
Gershman Law Offices, PC
610 York Road
Suite 200
Jenkintown, PA 19422

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

    Kindly enter my appearance for the above Debtor.

**MICHAEL SCHWARTZ**
Law Office of Michael Schwartz
707 Lakeside Park
Southampton, PA 18966