**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                       :            **Chapter 13**
    **VALERIE N. JONES,**                 :
        **Debtor**                     :            **Bky. No.  18-13620 ELF**

# O R D E R

    **AND NOW,**  the Debtor having filed a Praecipe to Convert Chapter 13 Case to Chapter

7,

    **AND**, the rules of court requiring that conversion from chapter 13 to chapter 7 pursuant

to 11 U.S.C. §1307(a) be effected by filing a notice of conversion, see Fed. R. Bankr. P.

1017(f)(3),

    It is hereby **ORDERED** that the Praecipe shall be treated as a Notice of Conversion.


**Date: May 5, 2020**

_____
    **ERIC L. FRANK**
    **U.S. BANKRUPTCY JUDGE**