**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **VALERIE N. JONES** | |
| **DEBTOR(S)** | |
| | **BANKRUPTCY NO. 18-13620ELF** |

NOTICE

AND NOW this, 6TH day MAY of 2020, Notice is HEREBY ENTERED vacating the Appointment of TERRY P. DERSHAW, Esquire, as Trustee, dated May 6, 2020.

FREDERIC J. BAKER
ASST. U.S. TRUSTEE