United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-13620-elf
Valerie N. Jones                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore         Page 1 of 2              Date Rcvd: May 05, 2020
                            Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2020.
db            +Valerie N. Jones,    3157 Grey Fox Run,    Palm Harbor, FL 34683-2468
14115656      +American Express,    PO Box 981537,   El Paso, TX 79998-1537
14160746       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
14115657      +Bank of America,   PO Box45144,    Jacksonville, FL 32232-5144
14165321       Bank of America, N.A.,    PO BOX 31785,   Tampa, FL 33631-3785
14115660      +Discover Bank Student Loan,    PO Box 15316,   Wilmington, DE 19850-5316
14115662      +Discover Personal Loans,    PO Box 15316,   Wilmington, DE 19850-5316
14115663      +FedLoan Servicing,    PO Box 60610,   Harrisburg, PA 17106-0610
14174585      +Patricia M. Mayer, Esquire,    301 Oxford Valley Rd., Ste. 203B,    Yardley, PA 19067-7708
14231914       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov May 06 2020 03:01:00     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 06 2020 03:00:47
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 06 2020 03:00:56    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14115658      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 06 2020 03:05:25
                Capital One Bank USA NA,    PO Box 30281,   Salt Lake City, UT 84130-0281
14115659       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 06 2020 03:00:39     Commenity Bank/Torrid,
                PO Box 182789,   Columbus, OH 43218-2789
14115661       E-mail/Text: mrdiscen@discover.com May 06 2020 03:00:34     Discover Finanical Services,
                PO Box 15316,   Wilmington, DE 19850
14122395       E-mail/Text: mrdiscen@discover.com May 06 2020 03:00:34     Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14167234      +E-mail/Text: bankruptcydpt@mcmcg.com May 06 2020 03:00:50     MIDLAND FUNDING LLC,
                PO Box 2011,   Warren, MI 48090-2011
14175039       E-mail/Text: bnc-quantum@quantum3group.com May 06 2020 03:00:40
                Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
14115666       E-mail/Text: appebnmailbox@sprint.com May 06 2020 03:00:50     Sprint,
                333 Inverness Drive South,    Englewood, CO 80112
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14115664*     +FedLoan Servicing,    PO Box 60610,   Harrisburg, PA 17106-0610
14115665*     +FedLoan Servicing,    PO Box 60610,   Harrisburg, PA 17106-0610
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Valerie N. Jones msbankruptcy@verizon.net,
               schwartzmr87357@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com

```
District/off: 0313-2            User: JEGilmore              Page 2 of 2                  Date Rcvd: May 05, 2020
                                Form ID: pdf900              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| VALERIE N. JONES, | : | |
| Debtor | : | Bky. No.  18-13620 ELF |

# O R D E R

    **AND NOW,**  the Debtor having filed a Praecipe to Convert Chapter 13 Case to Chapter 7,

    **AND**, the rules of court requiring that conversion from chapter 13 to chapter 7 pursuant to 11 U.S.C. §1307(a) be effected by filing a notice of conversion, see Fed. R. Bankr. P. 1017(f)(3),

    It is hereby **ORDERED** that the Praecipe shall be treated as a Notice of Conversion.

**Date: May 5, 2020**

                                            **ERIC L. FRANK**
                                            **U.S. BANKRUPTCY JUDGE**